# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

UNITED STATES OF AMERICA

V.

AUSTIN MICHAEL EVANS

**WARRANT FOR ARREST**

Case Number: **10-2124 MK**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __AUSTIN MICHAEL EVANS__
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court

☐ Pretrial Release  ☐ Probation  ☐ Supervised Release  ☐ Violation Notice
  Violation Petition   Violation Petition   Violation

charging him or her with (brief description of offense)

CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE FIVE (5) KILOGRAMS OR MORE OF COCAINE

☒ in violation of Title  21  United States Code, Section(s)  846 and 841(a)(1)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

E. CLIFTON KNOWLES
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

DECEMBER 17, 2010
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at  USMS

| DATE RECEIVED 12/17/10 | NAME AND TITLE OF ARRESTING OFFICER Mickey French | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 12/17/10 | | |