UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 10-2124 mk |
| | ) | |
| AUSTIN MICHAEL EVANS | ) | |

## MOTION FOR DETENTION

The United States of America, by and through Philip H. Wehby, Assistant United States Attorney for the Middle District of Tennessee, and pursuant to 18 U.S.C. § 3142, moves to have the defendant detained pending proceedings in this matter on the basis that no conditions, or combination of conditions, will reasonably assure his presence in court or the safety of the community. The government moves for a continuance of three days in order to prepare for the detention hearing.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

/s Philip H. Wehby
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151