MAGISTRATE JUDGE CRIMINAL MINUTES

UNITED STATES OF AMERICA v. __AUSTIN MICHAEL EVANS__
CRIMINAL CASE NO. __10-2124-2 MK__  TAPE NO. __2010-53__
INTERPRETER REQUIRED: __NO__  LANGUAGE: _____
GOVERNMENT ATTORNEY: __PHIL WEHBY__
DEFENDANT'S ATTORNEY: __DUMAKA SHABAZZ__
PRETRIAL SERVICES OFFICER: __LISA CAPPS__

INITIAL HEARING HELD __12/17__  Defendant (Arrested)/Summons: __12/17__
    Defendant has a copy of and was advised of contents of:
    __✓__ Complaint    ____ Indictment    ____ Other
    ____ Information    ____ Supervised/Pretrial Release Petition

    Defendant advised of constitutional rights    NO (YES)
    Defendant advised of right to preliminary hearing    NO (YES)
    Financial Affidavit filed    NO (YES)
    Federal Public Defender Appointed    NO (YES)
    Government filed Motion for Detention    NO (YES)
    Defendant temporarily detained    NO (YES)
    Defendant is in State Custody    NO  YES
    Defendant released on _____ Bond/Conditions of Release

PRELIMINARY/IDENTITY HEARING HELD: _____  WAIVED: _____
    Defendant: ____ Bound Over  ____ Discharged
        ____ Held to Answer in District of Prosecution
        ____ Held for Revocation Hearing

DETENTION HEARING HELD: _____  WAIVED: _____
    Bond set at: _____ Released on: _____
    Defendant detained until trial, order to enter: _____

GRAND JURY WAIVED IN OPEN COURT: _____

ARRAIGNMENT HELD: _____  WAIVED: _____
    Defendant acknowledges he/she has a copy of Indictment/Information: __
    Waives reading thereof: _____  **PLEA:** GUILTY NOT GUILTY
Intends to plead guilty and referred to District Judge: _____
Defendant consented to trial before Magistrate Judge: _____
Defendant did not appear, bench warrant issued: _____

**Date defendant appeared with counsel other than one of the above**
    Name of counsel: _____ Type of hearing: _____

PRELIMINARY/DETENTION/ARRAIGNMENT HEARING CONTINUED TO: __12/22 @ 3:30__

PROCEEDINGS CONDUCTED BEFORE MAGISTRATE JUDGE: BROWN  BRYANT  GRIFFIN  (KNOWLES)
TIME: __12:18 - 12:20__