MAGISTRATE JUDGE CRIMINAL MINUTES

UNITED STATES OF AMERICA v. __AUSTIN MICHAEL EVANS__
CRIMINAL CASE NO. __10-2124-2 MK__ TAPE NO. __2010-55__
INTERPRETER REQUIRED: __NO__ LANGUAGE: _____
GOVERNMENT ATTORNEY: __PHIL WEHBY__
DEFENDANT'S ATTORNEY: __DUMAKA SHABAZZ__
PRETRIAL SERVICES OFFICER: __LISA CAPPS__

**INITIAL HEARING HELD** _____ Defendant Arrested/Summons: _____
   Defendant has a copy of and was advised of contents of:
      ___ Complaint          ___ Indictment          ___ Other
      ___ Information        ___ Supervised/Pretrial Release Petition

   Defendant advised of constitutional rights                NO   YES
   Defendant advised of right to preliminary hearing         NO   YES
   Financial Affidavit filed                                 NO   YES
   Federal Public Defender Appointed                         NO   YES
   Government filed Motion for Detention                     NO   YES
   Defendant temporarily detained                            NO   YES
   Defendant is in State Custody                             NO   YES
   Defendant released on _____ Bond/Conditions of Release

**PRELIMINARY/IDENTITY HEARING HELD:** _____ WAIVED: __12/22/10__
   Defendant: ___ Bound Over                ___ Discharged
              ___ Held to Answer in District of Prosecution
              ___ Held for Revocation Hearing

**DETENTION HEARING HELD:** _____ WAIVED: __12/22/10__
   Bond set at: _____ Released on: _____
   Defendant detained until trial, order to enter: _____

**GRAND JURY WAIVED IN OPEN COURT:** _____

**ARRAIGNMENT HELD:** _____ WAIVED: _____
   Defendant acknowledges he/she has a copy of Indictment/Information: __
   Waives reading thereof: _____ PLEA: GUILTY NOT GUILTY
Intends to plead guilty and referred to District Judge: _____
Defendant consented to trial before Magistrate Judge: _____
Defendant did not appear, bench warrant issued: _____

Date defendant appeared with counsel other than one of the above
   Name of counsel: _____ Type of hearing: _____

- Deft motions for furlough to attend Grandma's funeral. Govt opposes. Court denies Motion for furlough.

**PRELIMINARY/DETENTION/ARRAIGNMENT HEARING CONTINUED TO:** _____

**PROCEEDINGS CONDUCTED BEFORE MAGISTRATE JUDGE:** BROWN  BRYANT  GRIFFIN  **KNOWLES**

TIME: __3 min__