UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 10-2124-2 MK |
| ) | |
| AUSTIN MICHAEL EVANS ) | |

### O R D E R

The Defendant appeared for a consolidated preliminary hearing and detention hearing on Wednesday, December 22, 2010. The Government filed a Motion for Detention pursuant to 18 U.S.C. § 3142 on the basis that no condition, or combination of conditions, will reasonably assure the appearance of the Defendant and the safety of other persons and the community. At the hearing, the Defendant, by and through his counsel, stated that he wished to waive a preliminary hearing. The Defendant also waived his detention hearing.

Accordingly, it is hereby ORDERED that the Defendant, Austin Michael Evans, be detained pending trial, and Defendant is hereby committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an

attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is so ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge